UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :     12 Civ. 2168 (DLC)
ABC,                                    :
                       Plaintiff,       :             ORDER
              -v-                       :     USDC SD
                                        :
DEF,                                    :
                       Defendant.       :
                                        :
----------------------------------------X     DATE FILED: 4/12/2012

DENISE COTE, District Judge:

        This action having been assigned to this Court, it is

hereby

        ORDERED that counsel for the plaintiff shall promptly serve

a copy of this Order upon the U.S. Attorney's Office.

        IT IS FURTHER ORDERED that the Government shall submit a

status letter to the Court by **September 28, 2012.**


Dated:     New York, New York
           April 12, 2012
                                _____
                                        DENISE COTE
                           United States District Judge

COPIES MAILED TO:

Brian H. Mahany
Joseph C. Bird
Mahany & Ertl, LLC
P.O. Box 511328
Milwaukee WI 53203