UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312
(212) 805-0136

RUBY J. KRAJICK
CLERK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/12
```

August 16, 2012

Clerk of Court
United States District Court
Western District of Tennessee
167 N. Main Street
Room 242
Memphis, TN 38103

Re: 12-Civ-02168 (DLC)
ABC v. DEF

Dear Clerk:

    Pursuant to an Order of this Court, the above-entitled action is transferred to the United States District Court-Western District of Tennessee. Envelope Nos. 1 and 6 are enclosed herewith constituting all the document(s) which were filed **Under Seal** with the District Court in the above-entitled actions.

    The enclosed copy of this letter is for your convenience in acknowledging receipt of these documents. If you have any questions please contact Nicole Morales at (212) 805-0704.

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN**

**Received by:** Julia Davis (PRINT)   Julia Davis (SIGNATURE)

**Phone No.:** 901 495 1200

**Date Received:** 8/22/12  (sealed + paper documents)

Receive ccf 8/23/12

**PLEASE RETURN TO:**
United States District Court
Southern District of New York
500 Pearl Street - Room 270
New York, NY 10007
Attn: Records Management